**James B. KENNER, Appellant,**

v.

**CITY OF RICHMOND HEIGHTS,**
Appellee.

No. 05–2006.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 13, 2006.

Filed: Sept. 14, 2006.

Melvin L. Raymond, Wilson & Associates, St. Louis, MO, for Appellant.

James N. Foster, Jr., Mary C. Martin, McMahon & Berger, Michael David Hart, Devereux & Murphy, St. Louis, MO, for Appellee.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

James B. Kenner appeals the district court's[1] grant of the City of Richmond

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern Dis-

Heights's motion to dismiss his action based on a prior settlement agreement, arguing the parties had not reached an agreement on all the material terms of their settlement. Upon our careful review of the record and the appellate submissions, we hold that the district court properly concluded that the parties had reached an agreement on all material terms. Accordingly, we affirm. *See* 8th Cir. R. 47B.